UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-11200-SVW-JDE | Date: | January 8, 2026 |
|---|---|---|---|

| Title: | *Fallon Washington v. Lights Lacquer LLC* |
|---|---|

| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before January 16, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ Defendant(s) **Lights Lacquer LLC** did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.