JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Fallon Washington,

          Plaintiff,

v.

Lights Lacquer LLC,

          Defendants.

Case No. **2:25-cv-11200-SVW-JDE**

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION

(PURSUANT TO LOCAL RULE 41)

On January 8, 2026 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by January 16, 2026. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  January 20, 2026

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.